# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| OMAN FASTENERS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | **Court No. 22-00348** |
| Defendant, | ) | |
| and | ) | |
| MID CONTINENT STEEL & WIRE, INC., | ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant-Intervenor Mid Continent Steel & Wire, Inc. ("Mid Continent") respectfully submits this notice of supplemental authority and directs the Court's attention to the *per curium* judgment of the United States Court of Appeals for the Federal Circuit ("CAFC") in *Trinity Manufacturing, Inc. v. United States*, Appeal No. 22-1329, issued on January 18, 2023. A copy of the judgment is appended as Exhibit 1 hereto.

1

In *Trinity*, the United States Court of International Trade ("CIT") held that the U.S. Department of Commerce ("Commerce") did not abuse its discretion when it denied the plaintiffs' retroactive extension request. In the underlying review, Commerce found that technical and medical issues giving rise to a missed filing deadline did not establish extraordinary circumstances. The CIT affirmed Commerce's interpretation and application of the extraordinary circumstances requirement, even though the filer sought relief immediately upon learning of the missed deadline, and even though Commerce's rejection resulted in the drastic and draconian result of revocation of an antidumping order that had been in place for nearly 40 years. *See* Mid Continent's Opp. to Pl.'s Mot. for Prelim. Inj. at 45-46, 57. The CAFC summarily affirmed the CIT's decision. *See* Ex. 1.

Mid Continent respectfully submits that the *Trinity* decision underscores Commerce's broad discretion regarding untimely extension requests, confirms the validity and application of its regulatory "extraordinary circumstances" requirement, and supports a determination that Plaintiff has not demonstrated a likelihood of success on the merits in the instant appeal.

Respectfully submitted,


*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Jennifer M. Smith, Esq.
Lauren Fraid, Esq.
*Counsel to Mid Continent Steel &*
*Wire, Inc.*

January 18, 2023

# Exhibit 1

NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**TRINITY MANUFACTURING, INC., ASHTA
CHEMICALS, INC., NIKLOR CHEMICAL
COMPANY, INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————————

2022-1329

———————————————

Appeal from the United States Court of International
Trade in No. 1:20-cv-03831-TCS, Senior Judge Timothy C.
Stanceu.

———————————————

**JUDGMENT**

———————————————

ADAM H. GORDON, The Bristol Group PLLC, Washington, DC, argued for plaintiffs-appellants. Also represented
by LAUREN FRAID, JENNIFER MICHELE SMITH.

GEOFFREY MARTIN LONG, Commercial Litigation
Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also
represented by BRIAN M. BOYNTON, PATRICIA M.

McCarthy; Ian Andrew McInerney, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Moore, *Chief Judge*, Dyk and Prost, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

Entered by Order of the Court

<u>January 18, 2023</u>      <u>/s/ Peter R. Marksteiner</u>
Date                          Peter R. Marksteiner
                              Clerk of Court