# UNITED STATES COURT OF INTERNATIONAL TRADE
## Hon. M. Miller Baker

| | |
|---|---|
| OMAN FASTENERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MID CONTINENT STEEL & WIRE, INC.,<br><br>Defendant-Intervenor. | Court No. 22-00348 |

## OMAN FASTENERS, LLC'S MOTION TO TAKE JUDICIAL NOTICE

Plaintiff Oman Fasteners, LLC ("Oman Fasteners") respectfully moves for the Court to take judicial notice of the attached recent decision from the Federal Circuit in *PrimeSource Building Products, Inc. v. Biden*, No. 2021-2066 (Fed. Cir. Feb. 7, 2023). This Court may "take judicial notice of a decision from another court … at any stage of the proceeding." *Function Media, L.L.C. v. Google, Inc.*, 708 F.3d 1310, 1316 (Fed. Cir. 2013).

In *PrimeSource*, the Federal Circuit rejected a challenge to Presidential Proclamation 9980, which imposed 25% duties pursuant to Section 232 of the Trade Expansion Act of 1962 (19 U.S.C. § 1862) on certain steel nails imported by Oman Fasteners. *PrimeSource* is relevant to this Court's consideration of Oman Fasteners' pending motion for a preliminary injunction in this case, and it provides additional evidence that Oman Fasteners will suffer irreparable harm without an injunction.

As a result of the Federal Circuit's decision, Oman Fasteners will be required to pay Section 232 duties on certain steel nails it entered into the United States on or after February 8, 2020. This includes payment of Section 232 duties for previously unsecured entries (for which Oman Fasteners has set aside $22 to 23 million from its available cash reserves). *See* Hearing Tr. 213:20-23. Moreover, the Federal Circuit's decision means that Oman Fasteners will not recover any of its prior duty deposits or bond collateral for the Section 232 duties, which account for the substantial majority of the $46.7 million in "Other Current Assets" reflected in Oman Fasteners' 2022 internal balance sheet ( ECF 36-2, Ex. A at 2). *See* Hearing Tr. 150:1-6.

With Oman Fasteners' already limited reserves and cash on hand further drawn down, Oman Fasteners is more dependent than ever on its

lines of credit, most of which are at or near their limits. The Federal Circuit's decision drives home that Oman Fasteners does not have the financial resources to mitigate the irreparable harm that it is suffering as a result of the Department of Commerce's unlawful decision in this case, and that those harms will continue to grow progressively more devastating without an injunction from this Court.

## CONCLUSION

Oman Fasteners respectfully requests that the Court take judicial notice of the Federal Circuit's *PrimeSource* opinion.

| | |
|---|---|
| Dated: February 7, 2023 | /s/ Michael R. Huston<br>Michael R. Huston<br>**Perkins Coie LLP**<br>700 Thirteenth St., NW<br>Washington, D.C. 20005<br>202-654-6200<br>mhuston@perkinscoie.com<br><br>*Counsel for Oman Fasteners* |