UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OMAN FASTENERS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Court No. 22-00348<br>) |
| UNITED STATES, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| MID CONTINENT STEEL & WIRE, INC., | )<br>)<br>) |
| Defendant-Intervenor. | )<br>) |

### DEFENDANT-INTERVENOR'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO REPLY

Defendant-Intervenor Mid Continent Steel & Wire, Inc. ("Mid Continent") respectfully submits this Opposition to the Motion for Leave to Reply filed by Plaintiff Oman Fasteners, LLC ("Oman Fasteners") on February 8, 2023. *See* Pl.'s Mot. for Leave to Reply (Feb. 8, 2023), ECF No. 87.

1

For the second time in less than a month, Oman Fasteners has asked the Court's permission to address problems in one of its filings identified by Mid Continent, which Oman Fasteners should have seen and avoided when preparing its submissions to the Court in the first place.  As the Court is aware, the first time was in response to Mid Continent's and the Government's Oppositions to Oman Fasteners' Motion for Preliminary Injunction, when Oman Fasteners sought leave to submit copious amounts of new evidence in an effort to cure the numerous defects identified in its motion.

The most recent example arises with Oman Fasteners' Motion to Take Judicial Notice.  In response to Mid Continent's opposition to that motion, Oman Fasteners yet again asks the Court for permission to file a reply addressing the factual problems Mid Continent has identified.

The Court should decline to give Oman Fasteners another bite at the apple.  The factual problems Mid Continent identified in Oman Fasteners' Motion to Take Judicial Notice are, yet again, of Oman Fasteners' own making, just like the errors at Commerce that led to this appeal in the first place.  Oman Fasteners' attempt to further explain away factual inconsistencies and inject new argument — particularly in

the midst of this expedited proceeding — is unwarranted and will consume the precious time and resources of both the parties and the Court.

In sum, the Court should deny Oman Fasteners' Motion for Leave to Reply. Should the Court determine to grant the Motion for Leave to Reply, however, Mid Continent reserves the right to seek leave to file a sur-reply, as needed.

Respectfully submitted,

*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Jennifer M. Smith, Esq.
Lauren Fraid, Esq.
*Counsel to Mid Continent Steel & Wire, Inc.*

February 9, 2023