**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**  Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 22-0348

Case title being appealed: Oman Fasteners, LLC  v. United States

Date of final judgment or order being appealed: 02/15/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Mid Continent Steel & Wire, Inc.

Date: 03/23/2023

Signature: /s/ Adam H. Gordon

Name: Adam H. Gordon

Address: The Bristol Group PLLC

1707 L Street NW, Suite 570

Washington, D.C. 20036

Phone Number: 202-991-2700

Email Address: adam.gordon@bristolgrouplaw