

Chambers of
M. Miller Baker
Judge

United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

January 5, 2024

*(Via CM/ECF)*

Michael R. Huston, Esq.
Michael P. House, Esq.
Andrew Caridas, Esq.
Perkins Coie LLP
700 Thirteenth Street NW
Washington, D.C.  20005

Brian M. Boynton, Esq.
Patricia M. McCarthy, Esq.
Tara K. Hogan, Esq.
Kelly M. Geddes, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044

Adam H. Gordon, Esq.
Jennifer M. Smith, Esq.
Benjamin J. Bay, Esq.
The Bristol Group PLLC
1707 L Street NW
Washington, D.C.  20036

Ian A. McInerney, Esq.
Office of Chief Counsel for Trade
Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C.  20230-0001

Re:   *Oman Fasteners, LLC v. U.S.*
        Court No. 22-00348

Dear Counsel:

Today I issued a confidential slip opinion in this case. I intend to issue a public version of the opinion during the week of January 16. In the confidential opinion, material from the administrative record that was designated as confidential is set off in double brackets. All such material may be found in footnote 3 on page 8.

Please inform these chambers no later than Friday, January 12, whether any party disagrees with or wishes to waive the proposed redactions.

Court No. 22-00348                                                                    Page 2
January 5, 2024

      Thank you in advance for your assistance with this matter.

                                    Sincerely,

                                    /s/ *M. Miller Baker*
                                    M. Miller Baker, Judge