**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for**   **Form 1**
**Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**   **March 2023**

# UNITED STATES

# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:   1:22-cv-00348-MMB

Case title being appealed:   Oman Fasteners, LLC  v. US

Date of final judgment or order being appealed:   01/05/2023

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Mid Continent Steel & Wire, Inc.

Date: 1/8/2023

Signature: /s/ Adam H. Gordon

Name: Adam H. Gordon

Address: The Bristol Group PLLC

1707 L Street, NW, Suite 570

Washington, DC 20036

Phone Number: 202-991-2701

Email Address: adam.gordon@bristolgrouplaw.com