NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**OMAN FASTENERS, LLC,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellee*

v.

**MID CONTINENT STEEL & WIRE, INC.,**

*Defendant-Appellant*

_____

2024-1350

_____

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The stay is lifted.

(2) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

Case: 24-1450    Document: 20    Page: 2    Filed: 01/31/2025

2                         OMAN FASTENERS, LLC v. US

(2) Each side shall bear their own costs.

FOR THE COURT

<u>January 31, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 31, 2025